

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2016

No. 04-15-00819-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**SAN ANTONIO FIREFIGHTERS' ASSOCIATION, LOCAL 624**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI17586
Honorable Martha Tanner, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
                Rebeca C. Martinez, Justice
                Luz Elena D. Chapa, Justice

The court, on its own motion, has determined this appeal is appropriate for referral to mediation.

We therefore ORDER the parties to file a written notice in this court by October 21, 2016, stating whether they have agreed on the selection of a mediator and, if so, the name and address of the mediator of their choice. If the parties do not agree on a mediator, the court will appoint one.

We further ORDER the mediation to begin not later than sixty days from the date of this order;

We further ORDER the mediation shall be attended by authorized representatives of each party, who shall make good faith efforts to resolve this suit;

We further ORDER the mediation shall commence at such place as the mediator may designate and proceed in accordance with the schedule set by the mediator until the underlying suit is resolved or the mediator declares an impasse.

We further ORDER that each party shall pay one-half of the costs of mediation. On the ultimate resolution of this appeal, the court will tax the costs of mediation as part of the court costs unless the parties agree otherwise.

It is so ORDERED on October 13, 2016.

PER CURIAM

ATTESTED TO: _____

Keith E. Hottle
Clerk of Court